UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>ROBERT SOBCZAK-SLOMCZEWSKI,<br><br><br>WDH, LLC<br><br>ROBERT SOBCZAK-SLOMCZEWSKI, | Debtor(s)<br><br>Plaintiff(s)<br><br>Defendant(s) | BK No.: 13-16661<br><br>Chapter: 7<br><br>Honorable Donald R. Cassling<br><br>Adv. No.: 13-00972 |

## ORDER GRANTING WDH LLC'S MOTION TO QUASH

THIS CAUSE coming to be heard on the Motion to Quash filed by Plaintiff WDH LLC, the Court having jurisdiction, with due notice having been given;

IT IS HEREBY ORDERED:

1. The Motion to Quash is granted.

2. The discovery cutoff date is extended to March 10, 2014.

3. The pretrial conference set for January 7, 2014 at 10:00 a.m. is stricken and reset to March 18, 2014 at 10:00 a.m. in courtroom 619, 219 South Dearborn Street, Chicago, Illinois 60604.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: December 10, 2013

**Prepared by:**

David L. Kane (ARDC# 6277758)
Meltzer, Purtill & Stelle, LLC
300 S. Wacker Drive, Suite 3500
Chicago, Illinois 60606
(312) 987-9900
(312) 987-9854 (facsimile)